1  DEBRA ELLWOOD MEPPEN (SBN 183885)
   JOSHUA B. WAGNER (SBN 199570)
2  TAMAR KARAGUEZIAN (SBN 216233)
   GORDON & REES LLP
3  633 West Fifth Street
   Suite 4900
4  Los Angeles, CA 90071
   Telephone: (213) 576-5000
5  Facsimile: (213) 680-4470

6  Attorneys for Defendant
   PUMA NORTH AMERICA, INC.
7

8
                   UNITED STATES DISTRICT COURT
9
                  CENTRAL DISTRICT OF CALIFORNIA
10

11  Nassim Eshaghi, individually and on behalf  )  CASE NO. CV 07-07258 VBF
    of all others similarly situated,            )  (MANx)
12                                                )
                    Plaintiff,                    )
13                                                )  [~~PROPOSED~~] **ORDER ON**
        vs.                                       )  **STIPULATED PROTECTIVE**
14                                                )  **ORDER**
    PUMA NORTH AMERICA, INC., a                   )
15  Delaware Corporation, and Does 1-25,          )
    inclusive,                                    )
16                                                )
                    Defendants.                   )
17                                                )
                                                  )
18                                                )
                                                  )
19                                                )
                                                  )
20

21      The Court hereby approves the parties' proposed Stipulated Protective

22  Order, filed on October 27, 2008.

23

24      IT IS SO ORDERED.

25

26  Dated: October 27, 2008                    _____/s/_____
                                                MARGARET A. NAGLE
27                                              UNITED STATES MAGISTRATE JUDGE
28

PUMA/1049827/6071482v.1

- 1 -

[~~PROPOSED~~] **ORDER ON STIPULATED PROTECTIVE ORDER**