MICHELE L. JACKSON (SBN: 209841)    JS-6
MICHELE L. JACKSON, ATTORNEY AT LAW
633 W. Fifth Street, Suite 2800
Los Angeles, CA 90071
Tele:  (213) 223-2133
Fax:   (213) 223-2137

Attorney for Plaintiff Nassim Eshagi and the Plaintiff Class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nassim Eshaghi, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　-v-<br><br>PUMA NORTH AMERICA, INC., a Delaware Corporation, and Does 1-25, inclusive,<br><br>　　　　　Defendants. | **Case No. CV 07-07258 VBF (MANx)**<br><br>**JUDGMENT**<br><br>**AS MODIFIED BY THE COURT** |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1.　On October 14, 2009, Pursuant to Rule 68 of the *Federal Rules of Civil Procedure,* Defendant PUMA NORTH AMERICA, INC. ("Puma") has offered judgment in favor of each Party-Plaintiff in this action, in the total sum for each Plaintiff of Eight Hundred and Ninety Dollars and Fifty-Eight Cents ($890.58) ("Offer of Judgment"), in satisfaction of all damages, claims, costs, expenses and

attorneys fees asserted by the Party-Plaintiffs identified below (hereinafter referred to as the Party-Plaintiffs), in this action on the First Claim of Relief for "Late Payment of Minimum Wages in Violation of the Fair Labor Standards Act, As Amended  29 U. S. C. A. §§ 201-219" as alleged by the Plaintiff in the complaint filed in this action on November 5, 2007.

2.     The Offer of Judgment was made to all outstanding Party-Plaintiffs but without condition that all accept unanimously and was expressly made on the condition that any acceptance or rejection of this offer should not affect the rights of any other Party-Plaintiff.

3.     The Party-Plaintiffs filed a unanimous acceptance of the Offer of Judgment on October 26, 2009, subject to Court approval, pursuant to 29 U. S. C. § 216 (b).

4.     Additionally, the Court further considered the Plaintiffs' request for an enhancement payment to the named Class Representative, Costs and Reasonable Attorneys Fees and the evidence supporting these requests for payment.

JUDGMENT IS ENTERED in favor of Party-Plaintiffs and against Puma, pursuant to the Conditional Offer of Judgment made and accepted by the parties.

<u>Scope of Release</u>:  The Party-Plaintiffs below hereby release PUMA from any and all claims arising under state law that could have been brought based

on the operative facts in this action, and specifically release any state late pay of minimum wage or failure to pay minimum wage claims the Party-Plaintiffs may have against Puma.  The Party-Plaintiffs hereby specifically release all claims under the Fair Labor Standards Act provisions for minimum wage, 29 U.S.C. § 206 (b).  The Party-Plaintiffs warrant that acceptance of this offer in all respects has been voluntarily and knowingly executed with the express intention of affecting the legal consequences provided by section 1542 of the California Civil Code, or by the statutes or common law of any jurisdiction that have substantially the same effect as the provisions of said section 1542, that is, the extinguishment of all of the obligations herein designated.  The only general release of claims made by the Party-Plaintiffs is as to all claims for late pay of regular wages or failure to pay minimum wage. As to all late payment of minimum wages claims, Party-Plaintiffs expressly waive any and all rights and benefits conferred by the provisions of section 1542 of the California Civil Code or by the statutes or common law of any jurisdiction that have substantially the same effect as the provisions of said section 1542, which reads:

> A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement

with the debtor.

Party-plaintiffs assume all risks attendant to release of the Settled Claims heretofore or hereafter arising which are unknown, unforeseen, or latent and understand and acknowledge the significance and consequences of such specific waiver of section 1542.  Party-Plaintiffs further acknowledge and agree that they are giving up the right to engage in further investigation and discovery as to late payment of minimum wages claims, which investigation/discovery could disclose further claims against Puma, including claims that the Puma has concealed activities or omissions that would give rise to additional claims or remedies and Party-Plaintiffs hereby expressly and voluntarily waive any and all such rights.

<u>Amounts:</u>   Puma must pay Party-Plaintiffs on the complaint:

1. Damages in the amount of $430.82 per Party-Plaintiff, payable to each Party-Plaintiff, respectively, for a total of $169,744.54.

2. Costs in the amount of $59,183.46 ($150.21 per Party-Plaintiff), payable to Plaintiffs' attorney.

3. Attorneys Fees in the amount of $116,962.83 ($296.85 per Party Plaintiff), payable to Plaintiffs' attorney.

4.  An Enhancement/Incentive Payment in the amount of $5000 ($12.69 per Party Plaintiff), payable to Nassim Eshaghi, the named Plaintiff, to reimburse her for her unique services.

TOTAL: $350,890.83 ($890.58 per Party-Plaintiff)

<u>Identification of Party-Plaintiffs</u>:  The class of individuals collectively referred to as Party-Plaintiffs is as follows:

AARON DAVIS
AARON LEYVA
ABBEY MOYER
ABIGAIL RODRIGUEZ
ADAM EX
ADAM SHERMAN
ADREON HENRY
AILEEN BARRAGAN
ALAN PHILLIPS
ALEJANDRA ENRIQUEZ
ALEXANDER RAABE
ALEXANDER TRANG
ALEXANDRA DARR
ALEXANDRA MEGIA
ALFRED LERMA
ALFREDO FRAUSTO
ALFREDO PENA
ALLEN KUCERA
AMANDA STAFFORD
AMARA DAN
AMBER KORNOWSKI
AMY ANTON
AMY KLEPADLO
AMY MOTT

| | |
|---|---|
| 1 | ANA JUAREZ |
| 2 | ANDREA RIVAS |
| 3 | ANDRES RUIZ |
|   | ANDREW JOHNSON |
| 4 | ANDREW MCCOLLUM |
| 5 | ANNMARIE CARTER |
|   | ANTHONY MACKELL |
| 6 | ANTHONY MONTENEGRO |
| 7 | ANTOINETTER WALKER |
|   | APOLLONIA LEWIS |
| 8 | ARIANA JABAZ |
| 9 | ARMANDO REA |
|   | ARTURO SANABRIA |
| 10 | ASEELAH SHAH |
| 11 | ASHLEY ALEXANDER |
|    | ASHLEY SALINAS |
| 12 | BILL TRAN |
| 13 | BRANDI SERRANO-FREEMAN |
| 14 | BRAXTON SEAGRAVES |
| 15 | BRENT EYLER |
|    | BRIAN KANG |
| 16 | BRIAN WESTBROOK |
| 17 | BRIANA BELK |
|    | BRITTANY SMITH |
| 18 | BRITTNEY LEE |
| 19 | BRYAN D MCCALLUM |
| 20 | BRYAN MONTALVO |
|    | BRYAN WISH |
| 21 | CAITLIN GIFFEN |
| 22 | CAMBRI OXENHAM |
|    | CARA JEPSON |
| 23 | CARLA BAUER |
| 24 | CARLOS ALFARO |
|    | CARLSO URBINA |
| 25 | CARMEN CASILLAS |
| 26 | CESARA TISE |
| 27 | |
| 28 | |

6

JUDGMENT

CHANTEAU ORMSBEE
CHANTOL BRYCE
CHAU VU
CHELSIE PRICE
CHERIE PIERCE
CHERISH BUSTOS
CHRIS DEOCAMPO
CHRISTINA REDMOND
CHRISTINA TATE
CHRISTINE CAREY

CHRISTINE COOK
CHRISTINE FULMER
CHRISTINE NGUYEN
CHRISTOPHER BLAKEMAN
CHRISTOPHER CRUZ
CHRISTOPHER DEMARCO
CHRISTOPHER DURFEE
CHRISTOPHER PLUMMER
CHRISTOPHER POINTER
CHRISTOPHER SMART
CHRISTOPHER UCLARAY
CLARK OSTTRANDER
CORNELIUS BUFFIN
COURTNEY POWER
COURTNEY SHANLEY
CRAIG WALDEN
CRISTINA RODRIGUEZ
CRYSTAL CARUSO
CYGTNET NGUYEN
CYNTHIA BENNINGTON
DAN NGUYEN
D'ANDRE BOBO
DANIEL ALVAREZ
DANIEL GOUGH
DANIEL HILL
DANIEL PEREZ

DANIELLE BROWN
DANIELLE HUTCHINGS
DANNY GAMBOA
DANTE MOULTRIE
DAVID BUXTON
DAVID DINH
DAVID WANG
DAWN OLSON
DEBRA BENNER
DENNA HAEFLINGER
DESIREE PUTZ
DESTRY JONES
DEVON JOHNSON
DIANA GONZALEZ-ESTRADA
DIANA VELA
DIMINIQUE SWAN
DIMITRI SEROV
DON NGO
DONNA CAMACHO
DORA PACHECO
EDWARD BLACK
EDWARD WRIGHT
ELAINE PEDROSA SATHLER
ELISA CHRETIEN
ELIZABETH HALL
ELIZABETH TOSCANO
EMANUEL CORPUS
EMILY MARTIN
EMILY ORTLER
EMMA BARRY
ENBAR COHEN
ERIC BROWN
ERIC CAGLE
ERIC HUNT
ERIC MEZA
ERIC RUBIO

ERICA PINKETT
ERICA SOTO
ERIKA JACK
ERNEST BROWN
ERNEST GALLEGOS
ESPREE VANDERVOORT
EVAN ARONSON
EVE CANTON
EVELYN RODRIGUEZ
FAVIAN HERNANDEZ
FELICIA DELREAL
FERNANDP ALVAREZ
FIRL JIMINEZ
FRANK TITLEY
FRITZ RODRIGUEZ
GABRIELLA MOSCOSO
GAIL JONES
GENEVA BROWN
GISELA VENEGAS
GISELE BEVINI
GISELE RUIZ
GISELLE CHAVEZ
HANNAH PARSONS
HAYDEE RAMIREZ
HAZEL CEBALLOS
HEATHER DURAN
HEATHER FANCHER
HEATHER LUBOFF
HOWARD BYNDER
HUMBERTO GONNZALEZ
IAN DELEON
IAN ROMERO
ILEANA TERRONES
IRIS ALVAREZ
ISIAH WILLIAMS
ISRAEL TORO
IVAN MARTINEZ

9

JUDGMENT

| | |
|---|---|
| 1 | IVANA LACOVA |
| 2 | JACLYN FONDER |
| 3 | JACQUELINE CONTRERAS |
|  | JAIME MARTINEZ |
| 4 | JAIME TRUEX |
| 5 | JAMAR MOSBY |
|  | JAMES DAVIS |
| 6 | JAMES OWEN |
| 7 | JAMES POWELL |
|  | JAMES SHERIDAN |
| 8 | JAMES WARD |
| 9 | JAMIE BRAGONE |
|  | JANE CRUZ |
| 10 | JASMINE BARRAZA |
| 11 | JASMINE MCGEE |
|  | JASON ALEXANDER HILL |
| 12 | JASON ALVARADO |
| 13 | JASON HENDRICKSON |
|  | JASON JEFFERSON |
| 14 | JASON LABORDE |
| 15 | JEAN E GOURGUE |
|  | JEANNE [AHATI |
| 16 | JEMELEE DAGUM |
| 17 | JENNIFER SURBECK |
|  | JEREMY BAUTIST |
| 18 | JEROME EDWARDS |
| 19 | JEROME VANN |
|  | JESSICA MAESTREY |
| 20 | JESSIE YOUNG |
| 21 | JOHN CENTENO |
|  | JOHN FIGONE |
| 22 | JOHN FRATINARDO |
| 23 | JOHN RIGGS |
| 24 | JONA WHIPPLE |
|  | JONAH BALLESTEROS |
| 25 | JONATHAN BERTRAND |
| 26 | JONATHAN RIVERA |
| 27 | |
| 28 | |

| # | |
|---|---|
| 1 | JONATHAN SORIA |
| 2 | JORDON HURCOMBHALVORSEN |
| 3 | JORGE BELTRAN |
| 4 | JOSE MARTINEZ |
| 5 | JOSE VEGA |
| | JOSEPH AGUILAR |
| 6 | JOSEPH HERNANDEZ |
| 7 | JOSEPH RAMIREZ |
| | JOSHUA COLBY |
| 8 | JOSHUA MEREDITH |
| 9 | JUAN RIVERA |
| | JUAN ROJAS |
| 10 | JULISSA HERNANDEZ |
| 11 | JUSTIN JACOBS |
| | KACEY DEMOREST |
| 12 | KAISA HAR |
| 13 | KALYN CHASSIE |
| | KARINA CHAVEZ |
| 14 | KARLI CATHA |
| 15 | KASSANDRA YANEZ |
| | KATE HAAS |
| 16 | KATHERINE HABEL |
| 17 | KATHRYN JOHNSTON |
| | KAY ROZYNSKI |
| 18 | KEELY BELL |
| 19 | KEITH NGUYEN |
| 20 | KELLI HENDRICKSON |
| | KELLY SILVER |
| 21 | KENNEDY WHITE |
| 22 | KEVIN ENGELS |
| | KIM LOPEZ |
| 23 | KIMBERLY NAHM |
| 24 | KIRSTEN PUFAHL |
| | KRISTA ZANOTTI |
| 25 | KRISTI IVANOVA-FISHER |
| 26 | KRISTINA THOMPSON |
| 27 | |
| 28 | |

11

JUDGMENT

KRYSTAL LEE
LAISA PERTET
LANA MOHAMMAD
LASHANA SMITH
LAUREN CLINE
LAUREN GERDES
LAUREN ROSS
LEA STOKER
LEAH GARCIA
LEIF EKELUND
LESLIE ALLEN
LINDSAY DUBIEL
LINDSAY UNDERDAHL
LINDSEY CLEMONS
LISA DO
LIZA CUEVA
LUIS LOPEZ
LUIS MUNOZ
LUKE HAVILAND
MALIELANI KAANAPU
MARC ULRICH
MARCOS CARRILLO
MARIANA ZARAGOZA
MARINA TORRES
MARLY ZAPATA
MARVIN WILSON
MARY GRACE MERCADO
MATTHEW MIRAMONTES
MATTHEW RICE
MAURICE THREEWITTS
MAYRA DUENAS
MELINA ROJAS
MELISSA HENRY
MICHAEL FORSTADT
MICHAEL VILLALOBOS
MICHALE DEL ROSARIO
MICHELLE BERMOY

MICHELLE BLASEN
MICHELLE BUSCH
MICHELLE ESPARZA
MICHELLE TREMBLAY
MIGUEL ALVARADO JR
MIKE NAGUERI
MIRANDA MUNOZ
MIRIAM SAEEDIAN
MOHAMMAD LOGHAVI
MOISES LAO
MOLLY VARELA
MORGANA ALCANTARA
MYISHA MORGAN
MYLES TEJEDA
NADIA CAMACHO
NAKIYA OLDS
NASSIM ESHAGHI
NATALIE LAVAL
NATALYA WELCH
NATHAN PUTNEY
NATHAN RICE
NEAL MANZANO
NEIL ENGLE
NEKIA BROOKS-NORTON
NESTOR INFANTE
NIA FELTON
NICHOLAS LASCALA
NOELLE KESSLER
NORMA QUINTO
NORRIS BIGUEUR
ORLANDO BULA
ORTAL KATZ
PAIGE BUNCH
PAIGE HALL
PAUL FLOWER
PAULA MACIAS
PAYGE LYN

PHILLIP JURKIEWICZ
RACHEL BEASLEY
RAMONE KULLUM
RAQUEL RAMIREZ
RAYA BOWDEN
RAYMOND MESA
RENE MEDRANO
RENEE CHAVEZ
RESHMEE RAFI
RHIANNON JOHNSTON
RICARDO VELARDE
RICKY LOPEZ
ROBERT HERNANDEZ
ROBERT ROSS
ROULA THINEOS
RUBEN ENRIQUEZ
RUBENRAY MEDRANO
RYAN BLAKE
RYAN RUMPPE
SAMANTHA THOMPSON
SAMUEL DURAN
SAMUEL HOFFMAN
SAMUEL TRISTAN
SANDRA GUTIERREZ
SANDY NGUYEN
SARAH GAYNOR
SARAH HANSON
SARAH HEVEZI
SETH MARTIN
SETH ZINGER
SHANA GARRISON
SHIREEN RAHIML
SOO YOUNG LIM
STEPHANIE WELDON
STEPHEN CONGRESS
STEPHONE PAIGE II
STEVE DADDIO

TABOR WATERSTREET
TANNER GALLEGOS
TARA SAPIENDANTE
TARA STOTTS
TEGHAN COLLINS
TERESA TRAPANI
THOMAS KEMPF
THOMAS KNEISLEY
THOMAS KODODO
THOMAS MCDONALD
TIMOTHY AMACHER
TODD AYRES
TODD DERBORT
TRACY HAYES
TRAVIS LUCIANO
TRAVIS LUCIANO
TRAVIS THOMPSON
TUAN BUI
TYLER BALES
VANESSA CHUDY
VANESSA FIGUEROA
VERONICA ESQUIVEL
VICKI OH
VICOTR LOPEZ
VICTOR ELIZONDO
VIRIDIANA CASTRO
WALTER MATTA
WEDNY DERBORT
WHITNEY FAJNOR
WILLIAM CRAWFORD
WILLIAM JOHNSTON
WILLIAM LOBATO
YAJAIRA LOPEZ
YUDELKIS CASTILLO
YVETTE VALADEZ-CARRANZA
ZACHARY ANDREWS

ZACHARY BLACKWOOD
ZACHARY EUSTAQUIO
ZENE BOHRER
ZION REDIE

This document shall constitute a judgment (and separate document constituting said judgment) for purposes of Federal Rule of Civil Procedure, Rule 58. Judgment in the above amounts is payable within 30 days of entrance of this judgment. The entire action of all parties is dismissed with prejudice.

The Court, however, shall retain jurisdiction to the extent necessary to effectuate and enforce the full intent and purposes behind this Judgment.

IT IS SO ORDERED.

December 14, 2009                    _____Valerie Baker Fairbank_____

UNITED STATES DISTRICT COURT JUDGE